IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SANDRA CRENSHAW, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:10-CV-1861-O |
| | § | |
| TRANSICARE, INC., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Recommendation of the United States Magistrate Judge (ECF No. 11) and Plaintiff's objections thereto (ECF Nos. 12, 13) filed in accordance with 28 U.S.C. § 636(b)(1). After reviewing all relevant matters of record in this case *de novo*, the Court finds that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Plaintiff Sandra Crenshaw's *pro se* objections have no basis in either law or in fact. They fail to refute the Magistrate Judge's finding, based upon her earlier, similar questionnaire responses, that Plaintiff's action is frivolous.

Accordingly, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

**SO ORDERED** on this **17th** day of **December, 2010.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

1